**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

RICKY RAY GOFOURTH                                                          PLAINTIFF

VS                                                          CASE NUMBER 1:14CV153

ALCORN COUNTY, MISSISSIPPI, ET AL                              DEFENDANTS

**ORDER DISMISSING ACTION**
**BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled, or is in

the process of being settled.  Therefore, it is not necessary that the action remain upon

the calendar of the court.

**IT IS FURTHER ORDERED** that this action be dismissed without prejudice.  The

court retains complete jurisdiction to vacate this order and to reopen the action upon

cause shown that settlement has not been completed and further litigation is necessary.

This the 24TH day of October, 2016.


    /S/ Sharion Aycock
Sharion Aycock
Chief Judge
United States District Court
Northern District of Mississippi